UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____X

The Bank of New York Mellon Trust Company, NA,
successor to The Bank of New York Trust
Company, NA, as trustee, for the Chase Mortgage
Finance Trust Multi-Class Pass-Through
Certificates, series 2007-S1,
   Plaintiff,

v.                Civil Action No.

Sandrea Smith Hardaway, as Heir to the Estate of Property Address:
Ernest Hardaway a/k/a Ernest Hardaway, II, and as 2 High Meadow Lane
Trustee of the S S Hardaway Trust dated February Oak Bluffs, MA 02557
22, 2018; Thomas Cole Hardaway, as Heir to the
Estate of Ernest Hardaway a/k/a Ernest Hardaway,
II; and Ernest Kai Hardaway, as Heir to the Estate
of Ernest Hardaway a/k/a Ernest Hardaway, II
   Defendants,

and

JPMorgan Chase Bank, N.A.,
   Party-in-Interest.
_____X

### VERIFIED COMPLAINT

NOW COMES the Plaintiff, The Bank of New York Mellon Trust Company, NA, successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance Trust Multi-Class Pass-Through Certificates, Series 2007-S1 ("BONYM"), by and through its attorneys, Doonan Graves and Longoria LLC, and hereby files this Complaint for judicial foreclosure with respect to the property located at 2 High Meadow Lane, Oak Bluffs, MA 02557 (the "Property"). BONYM advances its Complaint by alleging the following:

### PARTIES

1. BONYM is a national association organized and existing under the laws of the United

Bank of New York Mellon, NA, as Trustee v. Sandrea Smith Hardaway, as Trustee, et al
2 High Meadow Lane, Oak Bluffs, MA
DG&L File No. 57000   1

States of America, with its headquarters located in Los Angeles, CA.

2. Sandrea Smith Hardaway is an individual who, upon information and belief, resides at 700 Preserve Terrace, Heathrow, FL 32748.

3. The Defendant, Thomas Cole Hardaway is an individual who, upon information and belief, currently resides at 2054-340 Kildaire Farm Road, Cary, NC 27518.

4. The Defendant, Ernest Kai Hardaway is an individual who, upon information and belief, currently resides at 2224 Edgartown Lane, SE Smyrna, GA 30038.

5. The Party-in-Interest, JPMorgan Chase Bank, N.A. ("Chase"), is a national bank organized under the laws of the United States of America with its headquarters located at 1111 Polaris Parkway, Columbus, OH 43240. Chase is the holder of a junior Mortgage on the Property registered with the Dukes County Registry District of the Land Court as Document Number 56893 and as noted on Certificate of Title Number 6582.

## JURISDICTION

6. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the amount in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Pursuant to 28 U.S.C. § 1651, any court of the United States may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law; further any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

7. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the

object of this litigation is the mortgage loan, currently owned by BONYM, of which Ernest Hardaway a/k/a Ernest Hardaway II is the obligor/mortgagor, and the total amount owed under the terms thereof is in excess of $653,907.76 plus attorney fees and costs associated with the instant action and foreclosure.

8. Further, the subject mortgage loan is secured by the Property, of which U.S. Bank seeks a Judgment of Foreclosure in the instant action, and which is valued at approximately $1,630,000.00.

9. Additionally, in determining the amount in controversy in actions seeking declaratory relief regarding a mortgagee's right to foreclose, the First Circuit has expressed a preference for the "face-value-of-the-loan rule."[1]

10. Here, the face value of the Note and Mortgage is $750,000.00.[2]

11. Therefore, the amount in controversy well exceeds the jurisdictional threshold of $75,000.00.

12. Venue is properly exercised pursuant to 28 U.S.C. § 1391(b)(2) insofar as all or a substantial portion of the events that give rise to BONYM's claims transpired in Massachusetts and the property is located in Massachusetts.

## FACTUAL ALLEGATIONS

13. On December 1, 2006, Ernest Hardaway, II ("Mortgagor"), Individually and as Trustee of the Ernest Hardaway II Trust dated March 16, 2005, executed and delivered to Chase a Promissory Note in the amount of $750,000.00 ("Hardaway Note").[3]

---

[1] *See McKenna v. U.S. Bank N.A.*, 693 F.3d 207, 212 (1st Cir. 2012).
[2] *See* Exhibits A and B (true and correct copies of the Hardaway Note and Mortgage is attached hereto and incorporated herein).
[3] *See* Exhibit A.

14. The Hardaway Note is endorsed in blank.[4]

15. BONYM is the holder/owner of the Hardaway Note.

16. To secure the debt evidenced by the Hardaway Note, the Mortgagor gave a Mortgage on the Property to Chase dated December 1, 2006, and registered with the Dukes County Registry District of the Land Court as Document Number 65982 and as noted on Certificate of Title Number 6582 (the "Hardaway Mortgage").[5]

17. On or about February 22, 2018, the Mortgagor and Sandrea Smith Hardaway established the Hardaway Family Trust dated February 22, 2018.[6]

18. Pursuant to the terms of the Trust Agreement, the Mortgagor and Sandrea Smith Hardaway were appointed as Trustees of the Hardaway Family Trust.[7]

19. The Mortgagor defaulted under the terms of the Hardaway Mortgage Loan as a result of his failure to make the June 1, 2020, payment and all subsequent payments due thereunder.

20. The Hardaway Mortgage was assigned to BONYM by virtue of an Assignment of Mortgage dated June 14, 2021, and registered with the Dukes County Registry District of the Land Court as Document Number 90743 and as noted on Certificate of Title Number 6582 ("BONYM Assignment").[8]

21. BONYM is the true and lawful assignee of record of the Hardaway Mortgage.[9]

22. As a result of his default, on September 7, 2021, Select Portfolio Servicing, Inc. ("SPS"), the authorized servicer of the Hardaway Mortgage Loan, sent the Mortgagor a 90-Day Right to Cure your Mortgage Default ("Notice of Right to Cure") and Notice of Right to

---

[4] *See* Exhibit A.
[5] *See* Exhibit B.
[6] *See* Exhibit C (a true and correct copy of the Hardaway Family Trust is attached hereto and incorporated herein).
[7] *See* Exhibit C at p. 1 § 1.01.
[8] *See* Exhibit D (a true and correct copy of the BONYM Assignment is attached hereto and incorporated herein).
[9] *See* Exhibit D.

        Request a Modified Mortgage Loan by first class and certified mail pursuant to G.L. c. 244, §§ 35A and 35B, as well as the applicable terms of the Hardaway Mortgage Contract.[10]

23. The Mortgagor failed to cure his default on or before the December 9, 2021, the deadline set forth in the Notice of Right to Cure.[11]

24. As a result of the Mortgagor's failure to cure the default under the Hardaway Mortgage Loan, BONYM has elected to accelerate the total debt owed thereunder and has referred the Loan to the offices of the undersigned for foreclosure.

25. On March 9, 2022, the Mortgagor passed away.[12]

26. On April 7, 2022, Sandrea Smith Hardaway, as Trustee, amended the Hardaway Family Trust by changing the name of the Trust to the S S Hardaway trust dated February 22, 2018, and amending the beneficiaries' respective percentage interest in the trust principal.[13]

27. On October 26, 2022, Sandrea Smith Hardaway filed a Petition for formal probate of the Mortgagor's estate with the Dukes County Probate and Family Court ("Probate Court").[14]

28. The Petition for formal probate of the Mortgagor's estate seeks to appoint Sandrea Smith Hardaway as the Personal Representative of the Mortgagor's estate; however, as of December 28, 2022, the Probate Court has not yet entered an order appointing a Personal Representative.[15]

29. The Petition for formal probate of the Mortgagor's estate identifies Sandra Smith Hardaway as the Mortgagor's surviving spouse and Thomas Cole Hardaway and Ernest

---

[10] *See* Exhibit E (true and correct copies of the Notice of Right to Cure and Notice of Right to Request a Modified Mortgage Loan are attached hereto and incorporated herein).
[11] *See* Exhibit E.
[12] *See* Exhibit F (a true and correct copy of the Obituary is attached hereto and incorporated herein).
[13] *See* Exhibit G (a true and correct copy of the Trust Amendment is attached hereto and incorporated herein).
[14] *See In re Estate of Ernest Hardaway*, Pet. No. DU22P0131EA (Oct. 26 2022).
[15] *See* Exhibit H (a true and correct copy of the Petition for Formal Probate is attached hereto and incorporated herein).

Kai Hardaway as the Mortgagor's surviving children.[16]

30. On December 9, 2022, Thomas Cole Hardaway filed an objection to the Petition for formal probate of the Mortgagor's estate.[17]

31. Upon information and belief, a dispute exists between the Defendants as to which party is the true and lawful owner of the Property following the Mortgagor's death.

32. Notwithstanding any such dispute, BONYM is entitled to foreclose as a result of the default under the terms of the Hardaway Mortgage Loan Contract.

## COUNT I
## BREACH OF CONTRACT

33. BONYM repeats and re-alleges paragraphs 1 through 32 as if fully set forth herein.

34. The Hardaway Mortgage Loan Contract represents a binding, enforceable agreement between the parties.[18]

35. BONYM is the true and lawful holder/owner of the Hardaway Note, which is endorsed in blank.[19]

36. BONYM is the true and lawful assignee of record of the Hardaway Mortgage.[20]

37. The Mortgagor defaulted under the terms of the Hardaway Mortgage Loan Contract as a result of his failure to make the June 1, 2020, payment and all subsequent payments due thereunder.[21]

38. As a result of his default, on September 7, 2021, SPS, the authorized servicer of the Hardaway Mortgage Loan, sent the Mortgagor a Notice of Right to Cure and a Notice of

---

[16] *See* Exhibit I (a true and correct copy of the Schedule of Surviving Spouse, Children and Heirs at Law is attached hereto and incorporated herein).
[17] *See* Exhibit J (a true and correct copy of the Notice of Appearance and Objection is attached hereto and incorporated herein).
[18] *See* Exhibits A, B and D.
[19] *See* Exhibit A.
[20] *See* Exhibit D.
[21] *See* Exhibit E.

Right to Request a Modified Mortgage Loan by first class and certified mail pursuant to G.L. c. 244, §§ 35A and 35B, as well as the applicable terms of the Hardaway Mortgage Contract.[22]

39. The Mortgagor failed to cure his default on or before the December 9, 2021, the deadline set forth in the Notice of Right to Cure.[23]

40. The Mortgagor's default constitutes a material breach of the Hardaway Mortgage Loan Contract.[24]

41. Injustice can only be avoided by awarding damages and interest, plus costs and expenses, including attorney's fees.

## COUNT II
## SERVICEMEMBERS CIVIL RELIEF ACT

42. BONYM repeats and re-alleges paragraphs 1 through 41 as if fully set forth herein.

43. Upon information and belief derived from the contact information reflected in the Schedule of Surviving Spouse, Children and Heirs at Law filed together with the Petition for Probate of Mortgagor's estate, the Defendants are not currently on active duty with the United States Military.[25]

44. Accordingly, the Defendants are not entitled to the benefit of the Servicemembers Civil Relief Act, 50 U.S.C. App. § 501, *et seq.*

45. BONYM seeks a judicial determination that the Defendants are not entitled to the benefit of the Servicemembers Civil Relief Act, 50 U.S.C. App. § 501, *et seq.*

---

[22] *See* Exhibit E.
[23] *See* Exhibit E.
[24] *See* Exhibits A and B.
[25] *See* Exhibit I.

## COUNT III
## CONDITIONAL JUDGMENT

46. BONYM repeats and re-alleges paragraphs 1 through 45 as if fully set forth herein.

47. The Hardaway Mortgage Loan is in default as a result of the Mortgagor's failure to make the June 1, 2020, payment and all subsequent payments due thereunder.[26]

48. The Mortgagor's default constitutes a material breach of the Hardaway Mortgage Loan Contract.[27]

49. BONYM is the true and lawful assignee of record of the Hardaway Mortgage.[28]

50. BONYM is the true and lawful holder/owner of the Hardaway Note.[29]

51. As a result of his default, on September 7, 2021, SPS, the authorized servicer of the Hardaway Mortgage Loan, sent the Mortgagor a Notice of Right to Cure and a Notice of Right to Request a Modified Mortgage Loan by first class and certified mail pursuant to G.L. c. 244, §§ 35A and 35B and the applicable terms of the Hardaway Mortgage Contract.[30]

52. As a result of the Mortgagor's default, BONYM is entitled to foreclose the Hardaway Mortgage Loan by sale of the Property.[31]

53. On March 9, 2022, the Mortgagor passed away.[32]

54. The Defendants are the heirs of the deceased Mortgagor's estate.[33]

55. Pursuant to G.L. c. 244, §§ 3 & 11, this Court should enter a Conditional Judgment in favor of BONYM authorizing it to sell the Defendants' interest in the Property pursuant to the

---

[26] *See* Exhibit E.
[27] *See* Exhibits A and B.
[28] *See* Exhibit D.
[29] *See* Exhibit A.
[30] *See* Exhibit E.
[31] *See* Exhibit B p. 13 ¶ 22.
[32] *See* Exhibit F.
[33] *See* Exhibit I.

statutory power of sale incorporated into the Hardaway Mortgage Contract.

## COUNT IV
### FORECLOSURE BY EXERCISE OF THE STATUTORY POWER OF SALE

56. BONYM repeats and re-alleges paragraphs 1 through 55 as if fully set forth herein.

57. BONYM alleges on information and belief that the Defendants are the only people holding an equity of redemption in the Property covered by the Hardaway Mortgage so far as appears in the records of the Dukes County Registry District of the Land Court and as known to BONYM.

58. The Hardaway Mortgage incorporates the statutory power of sale, found at G.L. c. 183, § 21, by reference.[34]

59. The Hardaway Mortgage Loan is in default as a result of the Mortgagor's failure to satisfy his payment obligations thereunder.

60. Pursuant to G.L. c. 183, § 21, as incorporated within the terms of the Hardaway Mortgage, upon the entry of a Conditional Judgment in its favor, BONYM seeks to proceed with a foreclosure sale of the Defendants' interest in the Property due to the Mortgagor's default.

61. Pursuant to G.L. c. 244, § 11, upon entering a conditional judgment in favor of BONYM, the Court should order the Defendants' interest in the Property sold pursuant to the statutory power of sale found at G.L. c. 183, § 21.

## COUNT V
### DEFICIENCY JUDGMENT

62. BONYM repeats and re-alleges paragraphs 1 through 61 as if fully set forth herein.

63. BONYM has established each of the essential elements of its claim for breach of the Hardaway Note.

---

[34] *See* Exhibit B 13 ¶ 22.

64. BONYM is the true and lawful assignee of record of the Hardaway Mortgage.[35]

65. BONYM is the true and lawful holder/owner of the Hardaway Note.[36]

66. The Hardaway Mortgage Loan is in default as a result of the Mortgagor's failure to satisfy his payment obligations thereunder.

67. The total debt owed under the terms of the Hardaway Mortgage Loan Contract is in excess of $653,907.76 exclusive of interest, advances, and attorney fees and costs associated with the instant action and foreclosure.

68. BONYM is entitled to a Deficiency Judgment following the foreclosure sale of the Property for the total amount owed under the terms of the Hardaway Mortgage Loan Contract, plus attorney's fees and costs associated with the instant action and foreclosure, less the purchase price of the Property at the foreclosure sale.

WHEREFORE, BONYM respectfully requests that this Court:

1) Enter a Judgment finding that the Mortgagor is in breach of the Hardaway Mortgage Loan Contract;

2) Enter a Judgment declaring that the Defendants are not entitled to the benefits of the Servicemembers Civil Relief Act;

3) Enter a Conditional Judgment in favor of BONYM;

4) Enter Judgment authorizing BONYM to foreclose the Hardaway Mortgage Loan by exercise of the statutory power of sale;

5) Enter a Deficiency Judgment in BONYM's favor following the report of sale to be filed upon the conclusion of the foreclosure sale of the Property; and

6) Such further relief that the Court deems just and necessary.

---

[35] *See* Exhibit D.
[36] *See* Exhibit A.

Bank of New York Mellon, NA, as Trustee v. Sandrea Smith Hardaway, as Trustee, et al
2 High Meadow Lane, Oak Bluffs, MA
DG&L File No. 57000                                                10

|  |  |
|---|---|
|  | Respectfully Submitted, <br> The Bank of New York Mellon Trust Company, NA, successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance Trust Multi-Class Pass-Through Certificates, Series 2007-S1, <br> By its attorneys, |
| Dated: January 4, 2023 | /s/Brian C. Linehan, Esq. <br> Reneau J. Longoria, Esq. (BBO #635118) <br> Brian C. Linehan, Esq. (BBO #690437) <br> Doonan, Graves & Longoria, LLC <br> 100 Cummings Center Suite 303C <br> Beverly, MA 01915 <br> Tel. (978) 921-2670 <br> bl@dgandl.com |

## VERIFICATION

STATE OF Utah )
COUNTY OF Salt Lake )

I, _____Sherry Benight_____, being duly sworn, state:

I am a representative of Select Portfolio Servicing, Inc., servicer for The Bank of New York Mellon Trust Company, NA, successor to The Bank of New York Trust Company, NA, as trustee, for the Chase Mortgage Finance Trust Multi-Class Pass-Through Certificates, Series 2007-S1, the above-named Plaintiff in this action. I have read the Verified Complaint, am familiar with the contents thereof, and do thereby state that the same is true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

By: _Sherry Benight_ 1-27-23

its: _Sherry Benight, Doc. Control Officer_

---

State of ____Utah____ )
County of ___Salt Lake___ )

On this __27__ day of __January__ 2023, before me, the undersigned notary public, personally appeared __Sherry Benight, Doc. Control Officer__, who proved to me through satisfactory evidence of identification which was ___Personally Known___ to be the person whose name is signed on the preceding or attached document, and acknowledged that she signed it voluntarily for its stated purpose.

Name: Bryce Braegger
Notary Public
My Commission expires: JUL 2 5 2023


BRYCE BRAEGGER
Notary Public State of Utah
My Commission Expires on:
July 25, 2023
Comm. Number 707415

---

Bank of New York Mellon, NA, as Trustee v. Sandrea Smith Hardaway, as Trustee, et al
2 High Meadow Lane, Oak Bluffs, MA
DG&L File No. 57000